HOUMAN FAKHIMI, SBN 195638
Amanda Waters, SBN 274818
**FAKHIMI & ASSOCIATES**
3 Hutton Centre Dr, Suite 620
Santa Ana, CA 92707
Telephone: 714-542-2188
Facsimile: 714-542-3119
Email: hfakhimi@lawhf.com

Attorneys for Plaintiff,
IMRA CONTRERAS

FILED
MAY 23 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA CONTRERAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTOMOTIVE STORES, INC., a Corporation; CSK AUTO, INC., a Corporation; and Does 1 through 20 inclusive,<br><br>Defendants. | Case No.: 1:13-CV-00177 AWI JLT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES**<br><br>Judge:      Hon. Jennifer L. Thurston<br>Trial Date:  October 21, 2014 |

TO THE HONORABLE COURT:

Plaintiff IRMA CONTRERAS and Defendants O'REILLY AUTOMOTIVE STORES, INC. and CSK AUTO, INC. as a result of their recent settlement, by and through their respective counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to all parties. The parties will bear their own respective attorneys' fees and costs.

STIPULATION TO DISMISS CASE
- 1 -

**IT IS SO STIPULATED** and respectfully submitted by counsel listed below.

Dated: May 14, 2014               **FAKHIMI & ASSOCIATES**

                                  By: _____/s/_____
                                  AMANDA WATERS
                                  HOUMAN FAKHIMI
                                  Attorney for Plaintiff

DATED: May 15, 2014               **DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP**

                                  By: _____
                                  SHAYE SCHRICK
                                  SHARI HARTLAND
                                  Attorney for Defendants
                                  CSK AUTO, INC. and O'REILLY
                                  AUTOMOTIVE STORES, INC.

It is so Ordered. Dated: 5-22-14

_____
United States District Judge

---

STIPULATION TO DISMISS CASE
- 2 -